# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: PATRICIA L. LICHTE              §         Case No. 09-70849
                                      §
                                      §
                Debtors                §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  03/10/2009 .

2)  The plan was confirmed on  05/08/2009 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  01/01/1900.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  05/01/2009, 12/02/2009.

5)  The case was converted on  04/12/2010 .

6)  Number of months from filing or conversion to last payment:  5 .

7)  Number of months case was pending:  13 .

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  $19,032.76 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,851.68 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 4,851.68 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,578.03 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 286.52 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,864.55 |

Attorney fees paid and disclosed by debtor:    $ 900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RICHARD H SCHMACK | Lgl | 3,500.00 | 3,774.00 | 3,774.00 | 2,578.03 | 0.00 |
| AUDI FINANCIAL SERVICES | Sec | 6,400.00 | 6,400.00 | 6,400.00 | 1,791.74 | 195.39 |
| FIRST NATIONAL BANK OF | Sec | 24,083.80 | 24,083.80 | 24,083.80 | 0.00 | 0.00 |
| GUEST LEGAL PC | Sec | 380.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GUEST LEGAL PC | Uns | 0.00 | 448.80 | 448.80 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 565.22 | 0.69 | 0.69 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 1,524.00 | 1,524.00 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES, | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 19,830.87 | 0.00 | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 96.80 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Uns | 617.60 | 617.60 | 617.60 | 0.00 | 0.00 |
| BETHANY HEALTHCARE & REHAB | Uns | 1,260.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Uns | 21.77 | NA | NA | 0.00 | 0.00 |
| BP BENEFITS CENTER | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING | Uns | 1,417.48 | 1,226.01 | 1,226.01 | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| CHARLES P. COLE | Uns | 585.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE CARD SERVICES | Uns | 173.76 | NA | NA | 0.00 | 0.00 |
| CHECKS FOR CASH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCHELLE | Uns | 594.24 | NA | NA | 0.00 | 0.00 |
| CLEAR CHECK PAYMENT | Uns | 90.14 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 361.68 | NA | NA | 0.00 | 0.00 |
| CONTROL CREDIT MANAGEMENT | Uns | 130.72 | NA | NA | 0.00 | 0.00 |
| COTTAGE LAKE VETERINARY | Uns | 438.21 | 313.01 | 313.01 | 0.00 | 0.00 |
| CULLIGAN WATER CONDITIONING | Uns | 100.53 | NA | NA | 0.00 | 0.00 |
| EXPRESS SCRIPTS | Uns | 265.00 | NA | NA | 0.00 | 0.00 |
| MKM ACQUISITIONS LLC | Uns | 1,262.31 | 1,906.01 | 1,906.01 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 322.26 | 322.26 | 322.26 | 0.00 | 0.00 |
| GROUNDWORKS LAWN - | Uns | 332.18 | NA | NA | 0.00 | 0.00 |
| GUIDEPOSTS | Uns | 37.94 | NA | NA | 0.00 | 0.00 |
| HAGGEN / TOP FOODS | Uns | 66.84 | NA | NA | 0.00 | 0.00 |
| IDES | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 461.00 | 25,969.00 | 25,969.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 2,240.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 6,846.90 | NA | NA | 0.00 | 0.00 |
| KINGSTON MUTUAL INSURANCE | Uns | 337.75 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 203.29 | NA | NA | 0.00 | 0.00 |
| MALTA VETERINARY HOSPITAL | Uns | 97.44 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 61.00 | 53.00 | 53.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 467.81 | NA | NA | 0.00 | 0.00 |
| OSF LIFELINE AMBULANCE | Uns | 112.81 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 1,536.83 | NA | NA | 0.00 | 0.00 |
| RENTON COLLECTIONS INC | Uns | 210.69 | 230.12 | 230.12 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 165.80 | 874.97 | 874.97 | 0.00 | 0.00 |
| PROVIDIAN FINANCIAL | Uns | 627.56 | NA | NA | 0.00 | 0.00 |
| REDDY MEDICAL ASSOCIATES | Uns | 76.60 | NA | NA | 0.00 | 0.00 |
| REGIONAL CARDIOLOGY | Uns | 938.45 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,724.79 | 5,598.88 | 5,598.88 | 0.00 | 0.00 |
| ROCHELLE MEDICAL | Uns | 227.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE MUNICIPAL UTILITIES | Uns | 988.92 | NA | NA | 0.00 | 0.00 |
| ROCHELLE NEWS LEADER | Uns | 724.00 | NA | NA | 0.00 | 0.00 |
| ROSETTA STONE LTD | Uns | 77.98 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINT.NEXTEL - DISTRIBUTIONS | Uns | 415.83 | 415.83 | 415.83 | 0.00 | 0.00 |
| SWEDISH AMERICAN HEALTH | Uns | 319.30 | NA | NA | 0.00 | 0.00 |
| SYCAMORE CARPETLAND | Uns | 1,408.72 | NA | NA | 0.00 | 0.00 |
| THE HARTFORD | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WASHINGTON | Uns | 2,540.47 | NA | NA | 0.00 | 0.00 |
| UW PHYSICIANS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| VERIZON SOUTH INC | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 783.33 | 616.80 | 616.80 | 0.00 | 0.00 |
| VW CREDIT INC | Uns | 13,104.48 | 6,288.96 | 6,288.96 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 3,457.50 | 3,256.44 | 3,256.44 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 179.10 | 179.10 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 24,083.80 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,400.00 | $ 1,791.74 | $ 195.39 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 30,483.80 | $ 1,791.74 | $ 195.39 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.69 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.69 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 49,840.79 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,864.55 |
| Disbursements to Creditors | $ 1,987.13 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 4,851.68 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  05/03/2010            By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)